

# NUMBER 13-23-00596-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

EVANGELINA KNANDEL,                                    Appellant,

v.

MICHAEL EDGHILL AND
SHIRELLE EDGHILL,                                        Appellees.

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 5
## OF NUECES COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Justices Benavides, Longoria, and Silva
Memorandum Opinion by Justice Silva**

On December 28, 2023, appellant filed a notice of appeal. On January 10, 2024, the Clerk of the Court requested appellant to remit a $205.00 filing fee. On February 5, 2024, the Clerk of the Court notified appellant she was delinquent in remitting a $205.00

filing fee. The Clerk of the Court further notified appellant the appeal was subject to dismissal if the filing fee was not paid within ten days from the date of the letter. *See* TEX. R. APP. P. 42.3 (b), (c).

On March 6, 2024, we abated the matter for the trial court to determine appellant's indigency status and whether appellant was entitled to proceed without the payment of fees. On April 30, 2024, the Clerk of the Court spoke with the trial court judge, the Honorable Timothy McCoy, who indicated an indigency hearing had been set and no one appeared. Accordingly, on that same day, the case was reinstated, and the Clerk of the Court again notified appellant she was delinquent in remitting a $205.00 filing fee. The Clerk of the Court further notified appellant the appeal was subject to dismissal if the filing fee was not paid within ten days from the date of the letter. *See id.*

Appellant has not paid the filing fee nor otherwise responded to the notice from the Clerk of the Court requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See id.*

CLARISSA SILVA
Justice

Delivered and filed on the
25th day of July, 2024.